﻿Citation Nr: 18106788
Decision Date: 05/31/18 Archive Date: 05/31/18

DOCKET NO. 14-10 984
DATE:

Entitlement to an effective date prior to June 28, 2010 for the grant of service connection for adjustment disorder. May 31, 2018
ORDER
Entitlement to an effective date prior to June 28, 2010 for the grant of service connection for adjustment disorder is dismissed.
FINDING OF FACT
In a November 8, 2017 Statement in Support of Claim, the Veteran requested to withdraw his appeal as to the issue of entitlement to an effective date prior to June 28, 2010 for the grant of service connection for adjustment disorder. 
CONCLUSION OF LAW
The criteria for a withdrawal of the Veteran’s substantive appeal have been met; and as such, the Board does not currently have appellate jurisdiction to decide the issue of entitlement to an effective date prior to June 28, 2010 for the grant of service connection for adjustment disorder. 38 U.S.C. §§ 7105 (a), 7108 (2012); 38 C.F.R. §§ 20.200, 20.204 (2017).
REASONS AND BASES FOR FINDING AND CONCLUSION
The Veteran served on active duty in the United States Marine Corps from June 1976 to June 1979.
The Veteran requested a Board video conference hearing in his March 2014 substantive notice of appeal. The Veteran was notified by letter that a hearing had been scheduled for November 8, 2017. Subsequently, the Veteran’s representative stated in a November 8, 2017 letter that the Veteran was requesting that his appeal be withdrawn. Under these circumstances, the regulations consider the hearing request to have been withdrawn. 38 C.F.R. § 20.704(e) (2017). 
This matter comes before the Board of Veterans’ Appeals (Board) on appeal from a February 2012 rating decision of the Department of Veterans Affairs (VA) Regional Office (RO) in St. Petersburg, Florida.
Entitlement to an effective date prior to June 28, 2010 for the grant of service connection for adjustment disorder.
The Board may dismiss any appeal which fails to allege specific error of fact or law in the determination being appealed. 38 U.S.C. § 7105. An appeal may be withdrawn as to any or all issues involved in the appeal at any time before the Board promulgates a decision. 38 C.F.R. § 20.204. Withdrawal may be made by the appellant or by his or her authorized representative. 38 C.F.R. § 20.204. 
After the issue of entitlement to an effective date prior to June 28, 2010 for the grant of service connection for adjustment disorder was certified to the Board on appeal, but before a decision was promulgated, the Board received written notice from the Veteran in a November 8, 2017 Statement in Support of Claim that he requested to withdraw his appeal regarding the aforementioned effective date issue. 
In light of the foregoing, the Veteran has withdrawn this issue for appeal and, hence, there remain no allegations of errors of fact or law for appellate consideration. Accordingly, the Board does not have jurisdiction to review the appeal as to the issue of service connection for high cholesterol, and it is dismissed.
 
MICHAEL A. PAPPAS
Veterans Law Judge
Board of Veterans’ Appeals
ATTORNEY FOR THE BOARD B. P. Keeley, Associate Counsel